*Hartsfield & Conger*, contra.

---

### 7142. LaROCHE v. BUTLER.

RUSSELL, C. J. The only question raised by the motion for a new trial being as to the sufficiency of the evidence to support the verdict, and the verdict being authorized by the evidence, it was not error for the court to overrule the motion for a new trial.    *Judgment affirmed.*

                    DECIDED JUNE 5, 1916.

Complaint; from city court of Savannah—Judge Davis Freeman. November 13, 1915.

*E. S. Elliott*, for plaintiff in error.   *Wilson & Rogers*, contra.